# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br> v. <br> SFR INVESTMENTS POOL 1, LLC, et al., <br><br> Defendants. | Case No. 2:16-cv-02781-RFB-PAL <br><br> ORDER <br><br> (Mot Demand Security Costs – ECF No. 7) |

Before the court is SFR Investments Pool 1, LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 7). The motion requests that out-of-state resident JP Morgan Chase Bank, N.A., whose principal place of business is located in Ohio, post a cost bond pursuant to NRS 18.130(1).

Having reviewed and considered the matter,

**IT IS ORDERED** that Defendant SFR Investments Pool 1, LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 7) is **GRANTED**, and Plaintiff JP Morgan Chase Bank, N.A., shall post a cost bond in the amount of $500.00 with the clerk of the court, or make a cash deposit of $500.00 with the clerk of the court no later than 30 days from the entry of this order.

DATED this 22nd day of February, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE