1  MICHAEL R. HALL, ESQ.
   Nevada Bar No. 5978
2  mhall@lawhjc.com
   ASHLIE L. SURUR, ESQ.
3  Nevada Bar No. 11290
   asurur@lawhjc.com
4  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
5  LAS VEGAS, NEVADA 89128
   (702) 316-4111
6  FAX (702) 316-4114

7  *Attorneys for Defendant*
   *Sutter Creek Homeowners Association*
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | CASE NO.   2:16-cv-02781-RFB-PAL |
| Plaintiff, | |
| vs. | **SUTTER CREEK HOMEOWNERS ASSOCIATION'S MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and SUTTER CREEK HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, | |
| Defendants. | |

Pursuant to Local Rule IA 11-6, Defendant Sutter Creek Homeowners Association, by and through their attorneys of record, Hall, Jaffe & Clayton, LLP, respectfully move the court for an order removing attorney Stephen M. Dixon, Esq. (Nevada Bar No. 10025), email address sdixon@lawhjc.com; steve@stevedixonlaw.com from the electronic service list and granting his discharge as counsel for Defendant Sutter Creek Homeowners Association. Mr. Dixon is no longer with the law firm of Hall, Jaffe & Clayton, LLP. Michael R. Hall, Esq. and Ashlie L. Surur, Esq. of Hall, Jaffe & Clayton, LLP remain counsel of record for Defendant Sutter Creek Homeowners Association. Defendant Sutter Creek

/ / /

/ / /

Homeowners Association was given notice of this motion.

Dated: November 13, 2017

HALL JAFFE & CLAYTON, LLP

*/s/Ashlie L. Surur*
By:_____
MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant*
*Sutter Creek Homeowners Association*

**IT IS SO ORDERED** this 28th day of November, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2017, I served a true and correct copy of the foregoing on the following parties through the Court's electronic system (CM/ECF):

Abran E. Vigil
Russell J. Burke
BALLARD SPAHR LLP
100 North City Pkwy., Suite 1750
Las Vegas, NV 89106
*Attorneys for Plaintiff*

Diane Cline Ebrone, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for Defendant*
*SFR Investments Pool 1, LLC*

_____/s/Alexandria Raleigh_____
An Employee of HALL JAFFE & CLAYTON, LLP