Abran E. Vigil
Nevada Bar No. 7548
Russell J. Burke
Nevada Bar No. 12710
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
burker@ballardspahr.com

*Attorneys for Plaintiff/Counter-Defendant*



**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JPMORGAN CHASE BANK, N.A.,

Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and SUTTER CREEK HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,

Defendants.

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

Counterclaimant,

vs.

JPMORGAN CHASE BANK, N.A.;

Counter-Defendant.

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

Cross-Claimant,

vs.

WAI CHUNG NG, an individual,

Cross-Defendant.

Case No.: 2:16-cv-02781-RFB-PAL

**STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER**

**(First Request)**

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
(702) 471-7000

Pursuant to LR IA 6-1 and LR 26-4, plaintiff/counter-defendant JPMorgan Chase Bank, N.A. ("Chase"), defendant/counterclaimant SFR Investments Pool 1, LLC ("SFR"), defendant Sutter Creek Homeowners' Association (the "HOA) (all parties together, the "Parties"),[1] by and through their respective counsel of record, stipulate and request that this Court extend discovery and dispositive motion deadlines in the above-captioned case by approximately 90 days, to permit the Parties to efficiently complete party depositions and outstanding written discovery. The Parties have conferred and agree that this brief extension is the most reasonable, most economical, and least burdensome way to complete discovery in this case.[2]

This is the Parties' first request for an extension to the scheduling order deadlines, which were submitted in compliance with LR 26-1. The Parties make this request in good faith and not for purposes of delay.

## I. Discovery Completed to Date

To date, Chase has served the following discovery: initial disclosures; initial expert disclosure; requests for production to SFR; interrogatories to SFR; notice of Rule 30(b)(6) deposition of SFR; requests or production to the HOA; interrogatories to the HOA; and deposition of the HOA.

To date, SFR has served the following discovery: initial disclosures; requests for production to Chase; interrogatories to Chase; requests for admission to Chase; notice of deposition of Chase.

To date, the HOA has served its initial disclosures.

## B. Specific Description of Discovery that Remains to be Completed

The Parties are awaiting responses to the served discovery requests prior to taking the respective Rule 30(b)(6) depositions. In addition, they are working to

[1] Wai Chung Ng has no appeared in this action.

[2] The Parties expressly agree to waive the clause of the Discovery Plan and Scheduling Order in which the Parties requested a 21-day notice for extensions of discovery.

schedule third-party and party depositions. The parties have also noticed Rule 30(b)(6) party depositions for SFR and Chase. As discussed below, however, they seek to schedule Chase's deposition to occur after the current discovery cutoff.[3]

C. Good Cause Exists for the Requested Extension

Good cause exists for the requested extension, as it will provide time for the parties to complete written discovery and schedule depositions in a way that minimizes burden and increases efficiency. SFR served voluminous written (approximately 170 discovery requests) on Chase on the last day to serve discovery. While Chase requires additional time to respond to SFR's discovery, Chase's current response deadline is December 4, 2017—*i.e.*, the last day of the discovery period. SFR is willing to provide Chase with an extension for its responses, but it cannot do so unless discovery is extended.

Additionally, SFR has noticed Chase's deposition for November 29, 2017, but Chase's Rule 30(b)(6) designee is unavailable on this date due to other depositions. Chase has noticed SFR's deposition for December 4, 2017, but SFR's designee is unavailable on this date due to other depositions. The Parties have met and conferred about rescheduling the Chase deposition to take place during February 2018, when the Chase designee will be available and in Las Vegas.[4] The Parties have met and conferred about rescheduling the SFR deposition at a time and date convenient to all Parties. This approach will significantly minimize the cost and burden to the witness.

Moreover, scheduling the Chase deposition during this time period will also allow SFR to obtain Chase's written discovery responses before deposing Chase, a logical process that will enable SFR to conduct an efficient, productive, and targeted

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
(702) 471-7000

[3] The parties further reserve their rights to meet and confer and, if necessary, engage in motion practice regarding any discovery issues that may arise.

[4] Chase's designee needs until February 2018 to conduct the deposition due to an upcoming medical procedure.

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
(702) 471-7000

deposition. SFR anticipates that it will be able to significantly limit the scope of the deposition based on the responses to its written discovery.

Finally, this is the Parties' first request to extend discovery, and the Parties do not anticipate any further extensions. The Parties have diligently engaged in discovery to date and seek this extension in good faith.

**D. Proposed Discovery Deadlines**

The Parties request an order extending the close of discovery, the deadline to file dispositive motions, and the deadline to file a pre-trial order. This extension is reasonable and necessary given the good cause set forth above.

| Event | Current Deadline[5] | New Deadline |
|---|---|---|
| Close of Discovery | December 11, 2017 | February 28, 2018 |
| Dispositive Motions | January 10, 2018 | March 27, 2018 |
| Pre-Trial Order | February 9, 2018 | April 26, 2018 |

**IT IS SO STIPULATED.**

Respectfully submitted this 27th day of November, 2017.

| Ballard Spahr LLP | Hall, Jaffe & Clayton, LLP |
|---|---|
| By: /s/ Russell J. Burke<br>Joel E. Tasca, Esq.<br>NV Bar No. 14124<br>Russell J. Burke, Esq.<br>NV Bar 12710<br>100 N. City Parkway, Suite 1750<br>Las Vegas, NV 89106<br>*Attorneys for JPMorgan Chase Bank, N.A.* | By: /s/ Ashlie L. Surur<br>Ashlie L. Surur, Esq.<br>NV Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, NV 89128<br>*Attorneys for Sutter Creek Homeowners' Association* |

///

///

///

[5] *See* Scheduling Order, ECF No. 26.

Kim Gilbert Ebron

By: /s/ Diana S. Ebron
Diana S. Ebron, Esq.
NV Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: November 29, 2017

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
(702) 471-7000