1  Abran E. Vigil
   Nevada Bar No. 7548
2  Russell J. Burke
   Nevada Bar No. 12710
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   vigila@ballardspahr.com
6  burker@ballardspahr.com

7  *Attorneys for Plaintiff/Counter-Defendant*

8              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
9

10 JPMORGAN CHASE BANK, N.A.,          Case No.: 2:16-cv-02781-RFB-PAL

11              Plaintiff,
                                       **STIPULATION AND ORDER TO STAY**
12 vs.                                 **ENTIRE CASE PENDING**
                                       **SETTLEMENT**
13 SFR INVESTMENTS POOL 1, LLC, a
   Nevada limited liability company; and  **(First Request)**
14 SUTTER CREEK HOMEOWNERS
   ASSOCIATION, a Nevada non-profit
15 corporation,

16              Defendants.

17 SFR INVESTMENTS POOL 1, LLC, a
   Nevada limited liability company,
18
                Counterclaimant,
19
   vs.
20
   JPMORGAN CHASE BANK, N.A.;
21
                Counter-Defendant.
22

23 SFR INVESTMENTS POOL 1, LLC, a
   Nevada limited liability company,
24
                Cross-Claimant,
25 vs.

26 WAI CHUNG NG, an individual,
                Cross-Defendant.
27

28

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
(702) 471-7000

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant Sutter Creek Homeowners Association ("Sutter Creek") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1.   On or about February 2, 2018, the Court entered an order extending the discovery deadlines, which set the deadline to complete discovery for March 30, 2018 (ECF No. 39).

2.   The Parties have since come to an agreement and are in the process of finalizing settlement.

3.   Given the resolution and to avoid wasting resources and incurring potentially unnecessary expense associated with discovery and continued litigation, the Parties agree, and hereby request, a stay of the case to give each side sufficient time and resources to finalize settlement.

[*Continued on the following page*]

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
(702) 471-7000

DMWEST #17557552 v1

4.     The Parties make this stipulation in good faith and not for purposes of delay.

Dated: March 16, 2018

BALLARD SPAHR LLP

By:   /s/ Russell J. Burke
    Abran E. Vigil
    Nevada Bar No. 7548
    Russell J. Burke
    Nevada Bar No. 12710
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for JPMorgan Chase Bank, N.A.*

HALL, JAFFE & CLAYTON, LLP

By:   /s/ Ashlie L. Surur
    Ashlie L. Surur
    Nevada Bar No. 11290
    7425 Peak Drive
    Las Vegas, NV 89128

*Attorney for Sutter Creek Homeowners'
Association*

KIM GILBERT EBRON

By:   /s/ Diana S. Ebron
    Diana S. Ebron
    Nevada Bar No. 10580
    Jackie A. Gilbert
    Nevada Bar No. 10593
    Karen Hanks
    Nevada Bar No. 9578
    7625 Dean Martin Dr., Suite 110
    Las Vegas, Nevada 89014

*Attorneys for SFR Investments Pool
1, LLC*

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 21st day of March, 2018.

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
(702) 471-7000

DMWEST #17557552 v1