1 Abran E. Vigil
Nevada Bar No. 7548
2 Justin A. Shiroff
Nevada Bar No. 12869
3 BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
4 Las Vegas, Nevada 89135
Telephone: (702) 471-7000
5 Facsimile: (702) 471-7070
vigila@ballardspahr.com
6 shiroffj@ballardspahr.com

7 *Attorneys for Plaintiff/Counter-Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and SUTTER CREEK HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>　　　　Defendants. | Case No.: 2:16-cv-02781-RFB-PAL<br><br>**STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., SUTTER CREEK HOMEOWNERS ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED MARCH 21, 2018** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.;<br><br>　　　　Counter-Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>　　　　Cross-Claimant,<br><br>vs.<br><br>WAI CHUNG NG, an individual,<br><br>　　　　Cross-Defendant. | |

DMWEST #18168352 v1

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant Sutter Creek Homeowners Association ("Sutter Creek") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 3232 Idaho Springs Street, North Las Vegas, Nevada 89032 (the "Property") following a homeowner's association foreclosure sale conducted on December 5, 2012, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20090327-0004622 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice.

4. This Stipulation in no way affects SFR's cross-claim against Wai Chung Ng.

5. The Parties further stipulate and agree that the $500 in security costs posted by Chase on February 24, 2017 pursuant to this Court's Order [ECF No. 10] shall be discharged and released to the Ballard Spahr LLP Trust Account.

6. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

7. The Parties further agree to lift the stay entered March 21, 2018 [ECF No. 41];

8. This case shall remain open until such time as SFR resolves its pending cross-claim against Wai Chung Ng; and

///

2

9. Each party in this case number 2:16-cv-02781-RFB-PAL shall bear its own attorneys' fees and costs.

Dated: December 31, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Justin A. Shiroff<br>   Abran E. Vigil, Esq.<br>   Nevada Bar No. 7548<br>   Justin A. Shiroff, Esq.<br>   Nevada Bar No. 12869<br>   1980 Festival Plaza Drive, Suite 900<br>   Las Vegas, Nevada 89135 | By: /s/ Jacqueline A. Gilbert<br>   Jacqueline A. Gilbert<br>   Nevada Bar No. 10593<br>   Diana S. Ebron<br>   Nevada Bar No. 10580<br>   Karen Hanks<br>   Nevada Bar No. 9578<br>   7625 Dean Martin Dr., Suite 110<br>   Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

HALL, JAFFE & CLAYTON, LLP

By: /s/ Ashlie L. Surur
   Ashlie L. Surur
   Nevada Bar No. 11290
   7425 Peak Drive
   Las Vegas, NV 89128

*Attorney for Sutter Creek Homeowners' Association*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 2, 2019